Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. John Turnage

<u>Docket No. 0864 0</u>:19CR00219-001(NEB)

Amended Petition on Supervised Release

COMES NOW **Elbert K. Shepherd**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John Turnage** who was sentenced for Possession with Intent to Distribute over Five Grams of a Mixture or Substance Containing Cocaine Base or Crack Cocaine on March 10, 2005, by the Honorable Rodney S. Webb, who fixed the period of supervision at 5 years supervised release. On March 18, 2019, the defendant was resentenced, and the period of supervision was reduced to 3 years supervised release with the following terms and conditions imposed.

- No Alcohol
- Participate in drug/alcohol program
- Substance abuse testing
- Submit to searches
- Psychological/psychiatric treatment
- Residential reentry center
- Employment required
- Reentry Court (modified on September 17, 2019)
- Community Service (modified on September 30, 2019)

On August 26, 2019, jurisdiction of Mr. Turnage's case was transferred to the District of Minnesota.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: You must not commit another federal, state or local crime.

> SPECIAL CONDITION:  You shall totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in <u>21 U.S.C. § 802</u> or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants or psychoactive substances (e.g. synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning.

According to the Hennepin County Complaint, on October 22, 2019, law enforcement officers executed a search warrant at a Minneapolis, Minnesota, address believed to be the residence of Mr. Turnage. Law enforcement officers discovered a substantial amount of methamphetamine, heroin, and cocaine. In addition, law enforcement officers searched a vehicle that was driven by Mr. Turnage and discovered heroin.

**On July 29, 2021, Mr. Turnage was convicted in Hennepin County court of Drugs – 2nd Degree – Possess 6 grams or more heroin (Felony). He was sentenced to 50 months at the MN Correctional Facility in St. Cloud, Minnesota.**

> STANDARD CONDITION: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting permission of the probation officer.

According to the criminal complaint, law enforcement officers arrested Mr. Turnage along with Gregory McCoy. Mr. McCoy is a known felon and is currently on federal supervision for Felon in Possession of Firearms. Paperwork belonging to another federal supervised releasee, Larry Burrell, was also found in the residence.

> STANDARD CONDITION: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Since the start of supervision, Mr. Turnage has informed the undersigned officer he lives with his niece at 3400 Northeast Tyler Street, Minneapolis, Minnesota. According to the criminal complaint, law enforcement officers discovered mail addressed to Mr. Turnage at 2939 Sheridan Avenue North, Minneapolis, Minnesota.

PRAYING THAT THE COURT WILL ORDER that the **Petition on Supervised Release dated October 28, 2019, be amended to include the information in bold** and the defendant be brought before the Court to show cause why supervision should not be revoked.

|  |  |
|---|---|
| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this __27th__ day of __August 2021__, and ordered filed and made a part of the records in the above case. | s/*Elbert K. Shepherd*<br>Elbert K. Shepherd<br>U.S. Probation Officer<br>Telephone: 651-848-1254 |
| s/Nancy E. Brasel<br>Honorable Nancy E. Brasel<br>U.S. District Judge | Executed on   August 24, 2021<br>Place           St Paul<br><br>Approved:<br><br>s/Michael J. Schmidt<br>Michael J. Schmidt<br>Supervising U.S. Probation Officer<br>Telephone: 651-848-1240 |